NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NEW JERSEY REGIONAL COUNCIL OF CARPENTERS, | : : : | |
| Plaintiff, | : : | Hon. Dennis M. Cavanaugh |
| v. | : : | **ORDER** |
| | : | Civil Action No: 11-5588(DMC) |
| NEW JERSEY INSTALLATIONS, LLC, NJ INTERIORS, LCC | : : : : | |
| Defendants. | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter having come before the Court upon motion of New Jersey Installations, LLC ("Defendant") to dismiss Counts I and II of the Complaint pursuant to Federal Rules of Civil Procedure 12 (b)(6) and 12 (e). Pursuant to Rule 78, no oral argument was heard.

IT IS on this   29th   day of August, 2012;

**ORDERED** that Defendants' motion to dismiss is **granted with prejudice as to Count One and granted without prejudice as to Count Two.** Plaintiff has the opportunity to refile its Complaint within thirty (30) days of this Order.

  S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc: All Counsel of Record
    Hon. Joseph A. Dickson, U.S.M.J.
    File